

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

**PLAINTIFF**

v.

JOSE ISABEL GOMEZ ARREOLA

**DEFENDANT(S).**

**CASE NUMBER**

CR 14-372-4

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT**

Upon motion of _DEFENDANT_ , IT IS ORDERED that a detention hearing
is set for _September 12_ , _2014_ , at _11:30_ ☒a.m. / ☐p.m. before the
Honorable _Fick_ , in Courtroom _34_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: _9/10/12_

_____
U.S. District Judge/Magistrate Judge